*Carter, J*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABS ENTERTAINMENT, Inc. | 1:15-cv-06807-ALC |
| Plaintiff, | Honorable Andrew L. Carter, Jr |
| v. | Magistrate Henry B. Pitman |
| iHEARTMEDIA, Inc., a Delaware corporation, iHEARTCOMMUNICATIONS, INC., a Texas corporation, IHEARTMEDIA + ENTERTAINMENT, INC., a Nevada corporation, and DOES 1-10 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff ABS ENTERTAINMENT, Inc., hereby voluntarily dismisses this action against Defendants iHEARTMEDIA, Inc., iHEARTCOMMUNICATIONS, Inc., and IHEARTMEDIA + ENTERTAINMENT, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff files this Notice of Dismissal before the named Defendants have answered or otherwise responded to the Complaint. Plaintiff's dismissal is without prejudice.

DATED: March 31, 2017                    Respectfully submitted,

By: *Marvin A. Miller*
Marvin A. Miller

**MILLER LAW LLC**
Marvin A. Miller (admitted in New York)
mmiller@millerlawllc.com
Andrew Szot (admitted *pro hac vice*)
aszot@millerlawllc.com
Kathleen E. Boychuck (admitted *pro hac vice*)
kboychuck@millerlawllc.com
115 S. LaSalle Street, Suite 2910

Chicago, IL 60603
T: (312) 332-3400; F: (312) 676-2676

**MCKOOL SMITH**
Roderick G. Dorman (admitted *pro hac vice*)
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley (admitted *pro hac vice*)
lhadley@mckoolsmithhennigan.com
Robert E. Allen (admitted *pro hac vice*)
rallen@mckoolsmithhennigan.com
Alan P. Block (admitted *pro hac vice*)
ablock@mckoolsmithhennigan.com
One California Plaza
300 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
T: (213) 694-1200; F: (213) 694-1234

*Attorneys for Plaintiffs and the Proposed Interim*
*Lead Counsel for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

APRIL 3, 2017

2